UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BALDEMAR BAUTISTA-CRUZ,
NORBERTO BAUTISTA-JUAREZ,
ANTONIO CORONA-GOMEZ,
RICARDO GUERRERO-CHAVERO,
JOSE OMAR MARTINEZ-CORONEL,
JOSE CARLOS MARTINEZ-PEREZ,
ENRIQUE MARTINEZ-ZEFERINO,
LEOPOLDO ANTONIO ORTEGA,
EFREN PICHARDO-HERNANDEZ,
MARIO ALBERTO ROMERO-SANTOS,          Case No. 2:15-CV-00725-JES-CM
ANTONIO MARCELINO ROSENDO,
JAVIER RUBIO-HERNANDEZ,
REYNALDO SALAS-LORENZO, and
EDGAR DAVID VELAZQUEZ-REYES,
individually and on behalf of all other persons
similarly situated,

                Plaintiffs,

v.

D & K HARVESTING, INC.,

                Defendant.

## JOINT MOTION TO CONTINUE CONCILIATION DISCUSSIONS

In accordance with the Court's Order of January 27, 2016 (Docket Entry 17), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby request that the Court allow them an additional sixty (60) days from the current deadline of June 27, 2016 to wrap up their ongoing conciliation discussions.  In support of this Motion, the parties submit:

1.      Although the pending dispute has not yet reached a proposed settlement, counsel for the parties are continuing to engage in good faith settlement discussions which require additional time to complete.  The completion of these discussions have been delayed by the

386584_1.docx

process of providing additional payroll records for the newly added farmworkers-Plaintiffs currently represented by Plaintiffs' counsel, and redacting data from such records which do not relate to these newly added Plaintiffs' asserted claims.

2.      As of May 20, 2016, all necessary documentation to complete the settlement discussions has been located and copies have been furnished to Plaintiffs' counsel.   With the completion of this exchange of additional records pertaining to those new claimants being represented by Plaintiffs' counsel, the undersigned counsel expect that the parties can complete their ongoing, good faith conciliation discussions by August 26, 2016, and if successful, submit to this Court a proposed Settlement Agreement by no later than September 2, 2016.

3.      Should the parties determine that a final proposed settlement cannot be attained and presented to this Court for review by the requested new deadline of August 26, 2016, then the parties will in the alternative file a Case Management Report by the proposed new deadline.

4.      The parties continue to agree that the Court's current Scheduling Order offers a useful construct for possible resolution of this case.   Both sides wish to fully explore settlement before committing the substantial additional resources needed to further litigate this matter. Granting the parties this requested additional time for the completion of settlement discussions will not unduly delay the ultimate resolution of this matter.

5.      The parties therefore request through their respective undersigned counsel that the Court permit them to continue settlement discussions up until and including August 26, 2016, and to submit a proposed Joint Motion for Approval of Proposed Settlement by September 2, 2016.   Should the settlement discussions result in no proposed settlement between now and August 26, 2016, counsel respectfully submit that they will prepare and file a Case Management Report by the August 26, 2016 date.

2

386584_1.docx

WHEREFORE, for the reasons stated above, the parties respectfully request to be allowed up through and including August 26, 2016 to complete their ongoing settlement discussions in this litigation, and to file a motion for approval of the proposed settlement or if necessary, a Case Management Report, by September 2, 2016.

Dated this 29th day of June, 2016.

/s/ Gregory S. Schell
_____
GREGORY S. SCHELL
Florida Bar No. 287199
Counsel for Plaintiffs

**FLORIDA LEGAL SERVICES, INC.**
**MIGRANT FARMWORKER JUSTICE**
**PROJECT**
P. O. Box 32159
Palm Beach Gardens, FL 33420
(561) 582-3921 | (561) 582-4884 - Fax
E-mail: greg@floridalegal.org

and

ANDREA ORTEGA, ESQUIRE
Florida Bar No. 97651
Counsel for Plaintiffs

**MIGRANT FARMWORKER UNIT**
**FLORIDA RURAL LEGAL SERVICES,**
**INC.**
3210 Cleveland Ave. Suite 101
Fort Myers, FL 33901
239-334-4554 | 239-334-3042 - Fax
Andrea.ortega@frls.org

/s/ David J. Stefany
_____
DAVID J. STEFANY
Florida Bar No. 0438995
NICOLETTE L. BIDARIAN
Florida Bar No. 83795
Counsel for Defendant

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail: dstefany@anblaw.com
          nbidarian@anblaw.com

3

386584_1.docx

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire, Florida Legal Services, Inc., Migrant Farmworker Justice Project, P. O. Box 32159, Palm Beach Gardens, FL 33420 (greg@floridalegal.org) and Andrea Ortega, Esquire, Migrant Farmworker Unit, Florida Rural Legal Services, Inc., 3210 Cleveland Ave. Suite 101, Fort Myers, FL 33901 (Andrea.ortega@frls.org).

/s/ David J. Stefany

ATTORNEY

386584_1.docx