UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BALDEMAR BAUTISTA-CRUZ,
RICHARD GUERRERO-CHAVERO,
JOSE OMAR MARTINEZ-CORONEL,
ENRIQUE MARTINEZ-ZEFERINO,
LEOPOLDO ANTONIO ORTEGA,
EFREN PICHARDO-HERNANDEZ,
ANTONIO MARCELINO ROSENDO,
EDGAR DAVID VELAZQUEZ-REYES,
NORBERTO BAUTISTA-JUAREZ,
MARIO ALBERTO ROMERO-SANTOS,
JAVIER RUBIO-HERNANDEZ,
ANTONIO CORONA-GOMEZ,
REYNALDO SALAS-LORENZO, and
JUAN CARLOS MARTINEZ-PEREZ,

    Plaintiffs,

v.

D&K HARVESTING, INC.,

    Defendant.
_____/

Case No: 2:15-cv-00725-JES-CM

## MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on **June 21, 2017**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    __X__    Defendant and its counsel were in attendance.

    __X__    Plaintiffs' counsel was in attendance.

    _____    Designated corporate representatives.

    _____    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: None

  (c)  The outcome of the mediation conference was:

__X__  **The case completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.**

_____  The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this court to resolve:

_____  The conference was continued with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding judge.  Mediation reports will be filed after additional conferences are complete.

_____  The parties reached an IMPASSE.

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

David J. Stefany/Nicolette L. Bidarian
Allen, Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida  33606

Gregory S. Schell, Esq.
9851 Daphne Avenue
Palm Beach Gardens, Florida  33410

Victoria Mesa-Estrada
Robert K. Dwyer
Florida Legal Services, Inc.
14260 W. Newberry Road, #412
Newberry, Florida  32699

            /s/ Mark A. Hanley
            Mark A. Hanley
            Email: mhanley@bradley.com
            Florida Bar No.: 328405
            BRADLEY ARANT BOULT CUMMINGS LLP
            100 N. Tampa Street, Suite 2200
            Tampa, Florida 33602
            (813) 559-5500 - telephone
            (813) 229-5946 - facsimile
            *Mediator*