UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BALDEMAR BAUTISTA-CRUZ, RICARDO GUERRERO-CHAVERO, JOSE OMAR MARTINEZ-CORONEL, ENRIQUE MARTINEZ-ZEFERINO, LEOPOLDO ANTONIO ORTEGA, EFREN PICHARDO-HERNANDEZ, ANTONIO MARCELINO ROSENDO, EDGAR DAVID VELAZQUEZ-REYES, NORBERTO BAUTISTA-JUAREZ, MARIO ALBERTO ROMERO-SANTOS, JAVIER RUBIO-HERNANDEZ, ANTONIO CORONA-GOMEZ, REYNALDO SALAS-LORENZO, and JUAN CARLOS MARTINEZ-PEREZ,

    Plaintiffs,

v.                      Case No: 2:15-cv-725-FtM-29CM

D&K HARVESTING, INC.,

    Defendant.

_____

**<u>OPINION AND ORDER</u>**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #58), filed August 1, 2017, recommending that the parties' Third Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. #57) be granted, the settlement be approved, and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #58) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Third Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. #57) is **granted** and the Proposed Settlement Agreement, Full and Final Release and Covenant Not to Sue (Doc. #57-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of August, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties